

Signed and Filed: September 14, 2016

**THOMAS E. CARLSON U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>DEMAS WAI YAN,<br>　　　　　Debtor. | Case No. 04-33526 TEC<br>Chapter 7 |
| CHARLES LI,<br>　　　　　Plaintiff,<br>　vs.<br>DEMAS WAI YAN,<br>　　　　　Defendant. | Adv. Proc. No. 09-03048 |

**ORDER DISMISSING ACTION**

It appearing that no action has been taken in this action since July 2011, and it appearing that this action concerned the validity of a proof of claim in the chapter 7 bankruptcy case of Demas Yan, which has been fully administered and all distributions to creditors already made, this action is hereby dismissed as moot.

**\*\*END OF ORDER\*\***